JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENCO FASHION INC., | CASE NO: EDCV 10-948 JVS (JCx) |
| Plaintiff(s), | |
| v. | ORDER RE REMAND |
| COWGIRL TUFF CO., *et al.*, | |
| Defendant(s). | |

It is now undisputed that this Court lacks diversity jurisdiction because Plaintiff has joined a California Defendant, thereby destroying diversity. (See Docket No. 28.) Accordingly, the Court remands this case to Riverside County Superior Court.

DATED: September 15, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE